UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID B. WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV784 HEA |
| | ) | |
| CITY OF UNIVERSITY CITY, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court pursuant to Plaintiff David B. Washington's Motion to Compel Answers to Interrogatories and Production of Documents [Doc. No. 31]. Defendants City of University City, *et al.* filed a Memorandum in Opposition to Plaintiff's Motion [Doc. No. 32]. The Court has carefully reviewed the motions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel is **DENIED** with regard to Plaintiff's Requests Nos. 4, 6, 7 and 8.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel is **DENIED** with regard to Interrogatories 12 and 13.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel is **GRANTED** with regard to Plaintiff's Request 5.

The Court notes that the objection to produce exhibits is specious and contrary to the spirit of Rule 26 and the purposes of discovery. Matters that are work product are not discoverable.

Dated this 31st day of May, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE